UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| **POLYLAST SYSTEMS, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**HAYWARD BROS INC., LOUIE HAYWARD aka LOUIS HAYWARD, DEBORAH CORNELL aka DEBORAH HAYWARD, CAMELLIA BOUTIQUE, LLC, and ASHTIN BURKEY**<br><br>Defendants. | Civil Action No. 6:25-CV-040-H |

# APPENDIX to

*Defendants' Motion to Dismiss for Apparent Lack of Standing*

### Table of Contents

Exhibit A:      Affidavit of John D. Fraser dated November 10, 2025............................................2

    Exhibit A-1:   Email from David Laurence to Taylor Lemick regarding
                              Demand Letter and Notice dated October 29, 2025 ....................................5

    Exhibit A-2:   Emails from John Fraser to Taylor Lemick regarding Re: Demand
                              Letter and Notice dated October 29, 2025 and November 6, 2025 ...........10

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| POLYLAST SYSTEMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>HAYWARD BROS INC., LOUIE HAYWARD aka LOUIS HAYWARD, DEBORAH CORNELL aka DEBORAH HAYWARD, CAMELLIA BOUTIQUE, LLC, and ASHTIN BURKEY<br><br>Defendants. | Civil Action No. 6:25-CV-040-H |

### AFFIDAVIT OF JOHN D. FRASER

STATE OF TEXAS          §
                                      §
COUNTY OF COLLIN   §

**BEFORE ME**, the undersigned authority, personally appeared John D. Fraser, who being duly sworn, states as follows:

1. "My name is John D. Fraser. I am over the age of twenty-one (21) years, have never been convicted of a felony, and am fully competent to make this Affidavit. Each of the facts stated herein is within my personal knowledge and is true and correct.

2. I am an attorney licensed to practice law in the State of Texas and am currently practicing with Ferguson Braswell Fraser Kubasta PC, 2500 Dallas Parkway, Suite 600, in Plano, Collin County, Texas. I am the attorney of record for Defendants Hayward Bros Inc., Louie Hayward a/k/a Louis Hayward, Deborah Cornell aka Deborah Hayward, Camellia Boutique, LLC, and Ashtin Burkey in the above-referenced matter.

AFFIDAVIT OF JOHN D. FRASER                                                                                    Page 1 of 2

App. 3

3. Attached hereto as Exhibit "A-1" is a true and correct copy of email correspondence from David Laurence to Taylor Lemick regarding Demand Letter and Notice dated October 29, 2025.

4. Attached hereto as Exhibit "A-2" is a true and correct copy of email correspondence from John Fraser to Taylor Lemick regarding Re: Demand Letter and Notice dated October 29, 2025, and November 6, 2025."

**FURTHER AFFIANT SAYETH NOT.**

_____
John D. Fraser

**SUBSCRIBED AND SWORN** to before me on this the 10th day of November 2025 to certify which witness my hand and official seal.



_____
Notary Public in and for the State of Texas

STACI BEDNARSKI
Notary Public, State of Texas
Comm. Expires 04-12-2027
Notary ID 130184487

# EXHIBIT A-1

**John Fraser**

| | |
|---|---|
| From: | David Laurence <davidjeremylaurence@gmail.com> |
| Sent: | Wednesday, October 29, 2025 12:16 PM |
| To: | tlemick@lemicklaw.com |
| Cc: | John Fraser |
| Subject: | Demand Letter and Notice |
| Attachments: | Demand Letter 10.29.25 pdf.pdf |

Ms. Lemick:

For your review and reference, please find attached a Demand to Cease and Notice.

Respectfully,

David Laurence

1

**App. 6**

October 29th, 2025

Taylor Lemick (IL Bar No 6327224)
Lemick Law, Ltd.
2460 Dundee Rd. Suite 474
Northbrook, IL 60065
Phone (847) 409-3988
Email: tlemick@lemicklaw.com

SENT VIA EMAIL to Taylor Lemick; attorney for Plaintiff
cc. SENT VIA EMAIL to John Fraser; attorney for Defendant

## Demand to Cease

## Notice of Request for Consent of Amicus Curiae to be filed by Amicus David Laurence

**Re.**

**Case 6:25-cv-00040-H**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

**POLYLAST SYSTEMS, LLC**

Plaintiff,

v.

**HAYWARD BROS INC., LOUIE HAYWARD aka LOUIS HAYWARD, DEBORAH CORNELL aka DEBORAH HAYWARD. CAMELLIA BOUTIQUE, LLC, and ASHTIN BURKEY**

Defendants.

App. 7

Ms. Lemick,

## **DEMAND TO CEASE**

Notice of Demand to Cease litigation in the name of POLYLAST SYSTEMS LLC is hereby presented by David Laurence to Taylor Lemick.

I, David Laurence am the son of Peter Laurence. Peter Laurence (deceased February 10, 2025) is the founder of POLYLAST SYSTEMS, LLC and Polylast Premier, LLC. Peter Laurence is also the inventor (USPTO) of the three (3) patents that are subject to above noted litigation that you, Taylor Lemick are at the attorney of record claiming the authority to assert claims in the name of POLYLAST SYSTEMS LLC.

I, David Laurence am the Primary Beneficiary of the PETER LAURENCE LIVING TRUST dated August 16, 2005 and also next of kin on all assets held outside of the PETER LAURENCE LIVING TRUST dated August 16, 2005.

The Membership Interests (100%) of POLYLAST SYSTEMS LLC are titled, funded to and held in the PETER LAURENCE LIVING TRUST which is currently being administered by the Successor Trustee in concert with Probate by Peter Laurence's estate attorney who is also the Trust Protector.

It is my contention that any purported purchase of POLYLAST SYTEMS LLC or Polylast Premier LLC by your client David Soto or any of his entities including, but not limited to, Azelera, Azelera Capital, Freshtek LLC, Asturia Ventures or King Coast LLC is not a legitimate sale as there is absence of any record of any authentic Purchase Agreement for either POLYLAST SYTEMS, LLC or Polylast Premier LLC. (including the Patents in question)

The purported Purchase Agreement was:

1. not in the records/ possession of Peter Laurence upon his death
2. not in the records / possession of Peter Laurence's business attorney Darrell Davis
3. not in the records / possession of Peter Laurence's Estate Attorney and Trust Protector Whitney Sorrell
4. not in the records /no notice of any sale or purchase of POLYLAST SYSTEMS, LLC to the Bankruptcy Trustee and Administrator of the currently existing Court Approved Bankruptcy Creditor schedule. Furthermore none of these liabilities have been assumed or serviced by your client who purportedly purchased 100% of the Membership Shares.

**App. 8**

5. <u>no sale is evidenced</u> in any public filings (including any change of Membership or assumption of Statutory Agent)

Furthermore, any purported Purchase Agreement in circulation is executory since zero (0) consideration was ever received by Peter Laurence, the Peter Laurence Living Trust, the Beneficiaries of the Peter Laurence Living Trust, or the estate of Peter Laurence. This complete absence of consideration nullifies any purported sale / purchase of POLYLAST SYSTEMS, LLC indicated by you or your client.

Although, memorialized in numerous emails and <u>draft</u> documents in possession of the estate, there was never receipt of any cash at close, grant (certificate) of non-voting membership interests, consulting fees, earn-out, distributions…….This is a fundamental breach with zero quid pro quo or consideration in this purported sale / purchase of POLYLAST SYSTEMS LLC.

Given the above, neither you (Taylor Lemick) nor your client has the authority or standing to assert any claim in the name POLYLAST SYSTEMS LLC, Polylast Premier LLC or the ability to assert any rights to the three patents in question as they are still currently held by the Peter Laurence Living Trust dated August 16, 2005.

## **Notice of Request for Consent of Amicus Curiae to be filed by Amicus David Laurence**

In addition to the above noted Demand to Cease, this letter hereby includes a Notice of Request for Consent of Amicus David Laurence to file a brief (pending) directed to Judge James Wesley Hendrix presiding over the above referenced case in the United States District Court Northern District of Texas San Angelo Division.

/s/ **David Laurence**

**David Laurence**
**3316 E. Vallejo Ct.**
**Gilbert, AZ 85298**

**(480) 259-0374**
**davidjeremylaurence@gmail.com**

# EXHIBIT A-2

# John Fraser

| | |
|---|---|
| **From:** | John Fraser |
| **Sent:** | Thursday, November 6, 2025 1:36 PM |
| **To:** | 'tlemick@lemicklaw.com' |
| **Cc:** | 'David Laurence'; Ryan D. Marrone |
| **Subject:** | RE: Demand Letter and Notice |

Ms. Lemick,

It has been over a week since this issue came up, and you have failed to address or respond to it. To be clear, Mr. Laurence's statements deserve a meaningful response ie; true and correct copies of the documentation he is seeking/questioning. Clearly this impacts the present litigation and the standing (or lack thereof) of your client to maintain this lawsuit. We echo the requests made upon you by Mr. Laurence.

Given your status as the attorney for the underlying (alleged) transaction, it is axiomatic that you have the power and the ability to easily clear up any confusion or misunderstandings.

If you continue to refuse to address these important issues and provide the relevant true and correct supporting documentation that is being sought by Mr. Laurence... and which directly impacts the present litigation... we will be forced to bring this to the attention of the court and seek appropriate relief. Hopefully, this will not be necessary. Please advise your position on this as soon as possible.

Regards,

**JOHN FRASER**
Attorney / Shareholder

 

Transactions/M&A
Litigation
IP

BEST LAW FIRMS
UNITED STATES
2025

**FBFK LAW**
(469) 726-3070 Direct | (972) 378-9111 Office | (972) 378-9115 Fax
2500 Dallas Parkway, Suite 600 | Plano, Texas 75093
jfraser@fbfk.law
www.fbfk.law | Pay Your Bill

DOWNLOAD V-CARD

The FBFK Way - Our Culture of Service and Success

Members of LEInternational

IMPORTANT/CONFIDENTIAL: This message contains information from the law firm of Ferguson Braswell Fraser Kubasta PC that may be subject to the attorney-client or work product doctrine, or may be otherwise confidential and exempt from disclosure under applicable law. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is this message intended to reflect an intention to make an agreement by electronic means. DO NOT COPY OR FORWARD TO UNAUTHORIZED PERSONS. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying or forwarding of this communication is strictly prohibited. Unauthorized interception of this message may be in violation of the Electronic Communications Privacy Act, 18 U.S.C. § 2510 et seq. If you have received this communication in error, please notify us immediately at our Dallas telephone number: (972) 378-9111.

**From:** John Fraser <jfraser@fbfk.law>
**Sent:** Wednesday, October 29, 2025 8:10 PM
**To:** tlemick@lemicklaw.com
**Cc:** David Laurence <davidjeremylaurence@gmail.com>; Ryan D. Marrone <rmarrone@fbfk.law>
**Subject:** RE: Demand Letter and Notice

Ma. Lemick,

The substance of Mr. Laurence's letter is critically disturbing and warrants a substantive response from you and your client... as opposed to stonewalling the matter. Will you produce true and correct copies of the fully executed transactional documents that form the basis of your client's rights to pursue this litigation including proof that the transaction in question was actually closed and consideration paid to the Trust? Or are you taking the position that this is none of anyone's business?

It appears that Mr. Laurance has legitimate inquiries and demands, which call into question significant and basic legal rights, which could be clarified with your cooperation and professionism.
Please advise as I believe Mr. Laurence has the right to be heard on this.

Regards

## JOHN FRASER
Attorney / Shareholder




**FBFK LAW**
(469) 726-3070 Direct | (972) 378-9111 Office | (972) 378-9115 Fax
2500 Dallas Parkway, Suite 600 | Plano, Texas 75093
jfraser@fbfk.law
www.fbfk.law | Pay Your Bill

DOWNLOAD V-CARD

The FBFK Way - Our Culture of Service and Success

Members of LEInternational

IMPORTANT/CONFIDENTIAL: This message contains information from the law firm of Ferguson Braswell Fraser Kubasta PC that may be subject to the attorney-client or work product doctrine, or may be otherwise confidential and exempt from disclosure under applicable law. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is this message intended to reflect an intention to make an agreement by electronic means. DO NOT COPY OR FORWARD TO UNAUTHORIZED PERSONS. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying or forwarding of this communication is strictly prohibited. Unauthorized interception of this message may be in violation of the Electronic Communications Privacy Act, 18 U.S.C. § 2510 et seq. If you have received this communication in error, please notify us immediately at our Dallas telephone number: (972) 378-9111.

**From:** David Laurence <davidjeremylaurence@gmail.com>
**Sent:** Wednesday, October 29, 2025 12:16 PM
**To:** tlemick@lemicklaw.com
**Cc:** John Fraser <jfraser@fbfk.law>
**Subject:** Demand Letter and Notice

Ms. Lemick:

For your review and reference, please find attached a Demand to Cease and Notice.

2

App. 12

Respectfully,

David Laurence