UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| **POLYLAST SYSTEMS, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**HAYWARD BROS INC., LOUIE HAYWARD aka LOUIS HAYWARD, DEBORAH CORNELL aka DEBORAH HAYWARD, CAMELLIA BOUTIQUE, LLC, and ASHTIN BURKEY**<br><br>**Defendants.** | Civil Action No. 6:25-CV-040-H |

# ORDER

Before the Court is Plaintiff Polylast Systems, LLC's Motion to Strike and Response in Opposition to the Purported Amicus Brief of Non-Party David Laurence (the "Motion") (Dkt. No. ___).

Having considered the Motion, the filings at issue, the Court's prior orders, and the applicable law, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that:

1. The submission filed by non-party David Laurence, including his Motion for Leave to File Amicus Brief and the accompanying proposed amicus brief (Dkt. No. 84), is STRICKEN in its entirety.

2. To the extent Laurence's submission may be construed as a motion for leave to participate as amicus curiae, such leave is DENIED.

3. The Clerk of Court is directed to strike the foregoing submission from the docket and to note that the Court will not consider any arguments, factual assertions, or allegations contained therein for any purpose in this case.

4. Non-party David Laurence may not file any further documents in this action unless and until he obtains prior leave of Court. Any future request for leave must strictly comply with the Federal Rules of Civil Procedure, the Local Civil Rules of this Court, and any prior orders entered in this case.

So ordered on _____, 2025.

_____
HON. JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE