UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| **POLYLAST SYSTEMS, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**HAYWARD BROS INC., LOUIE HAYWARD aka LOUIS HAYWARD, DEBORAH CORNELL aka DEBORAH HAYWARD, CAMELLIA BOUTIQUE, LLC, and ASHTIN BURKEY**<br><br>**Defendants.** | Civil Action No. 6:25-CV-040-H |

**DEFENDANTS' CLAIM-CONSTRUCTION BRIEF**

Pursuant to the Court's Scheduling Order, Defendants Hayward Bros Inc., Louie Hayward aka Louis Hayward, Deborah Cornell aka Deborah Hayward, Camellia Boutique, LLC, and Ashtin Burkey (collectively, "Defendants") hereby submit this Claim-Construction Brief.

Consistent with their previous contentions and pleadings with respect to Patents and Claim Construction, Defendants maintain that since the Spring of 2024, Defendants have not made and are not making, using, offering to sell, or selling any of the Accused Instrumentalities (or any other product that may fall within the scope of any patent-in-suit) identified in Plaintiff's Rule 3-1 Disclosure of Asserted Claims and Infringement Contentions. Given that Defendants do not make, use, offer to sell, or sell any product or device that falls within the Accused Instrumentalities, Defendants do not take any position with respect to the claim construction of the patents-in-suit. Defendants simply assert that the asserted claims of the patents-in-suit should be interpreted and

construed in accordance with their plain and ordinary meaning, as would be understood by a person of ordinary skill in the art at the time of the invention.

In summary, Defendants assert that no claim-construction is necessary.

Respectfully submitted,

**FERGUSON BRASWELL FRASER KUBASTA PC**

*/s/ John D. Fraser*
John D. Fraser
State Bar No. 07393550
Ryan D. Marrone
State Bar No. 24094567
Emma Creedon
State Bar No. 24143974
Kelly J. Kubasta
State Bar No. 24002430

2500 Dallas Parkway, Suite 600
Plano, Texas 75093
Phone: 972-378-9111
Facsimile: 972-378-9115
E-Mail: jfraser@fbfk.law
E-Mail: rmarrone@fbfk.law
E-Mail: ecreedon@fbfk.law
E-Mail: kkubasta@fbfk.law

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the foregoing notice was served on all parties and/or counsel of record in accordance with the Federal Rules of Civil Procedure on December 15, 2025.

*/s/ John D. Fraser*
John D. Fraser