# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### SAN ANGELO DIVISION

| | |
|---|---|
| **POLYLAST SYSTEMS, LLC** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 6:25-CV-040-H** |
| **HAYWARD BROS INC., LOUIE HAYWARD aka LOUIS HAYWARD, DEBORAH CORNELL aka DEBORAH HAYWARD, CAMELLIA BOUTIQUE, LLC, and ASHTIN BURKEY** | |
| **Defendants.** | |

## JOINT CLAIM-CONSTRUCTION CHART PURSUANT TO SCHEDULING ORDER

### A.  U.S. Patent No. 9,982,143 ("'143 Patent)

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction[1] | Court's Construction |
|---|---|---|---|
| **"sanitary surface composition"** | A composition that forms a traffic-bearing surface or flooring system that, when applied, installed, placed, or otherwise provided and cured, reduces the presence of microbes and is suitable for human or animal | Plain and ordinary meaning; no alternative construction proposed. | |

---

[1] Defendants have stated that they contend no asserted claim terms require construction and that all terms should be given their plain and ordinary meaning as understood by a person of ordinary skill in the art at the time of the invention. To the extent Defendants' statements concern alleged non-infringement, those statements do not reflect claim-construction positions grounded in the intrinsic record and are therefore not included here. Any such arguments fall outside the scope of claim construction and are addressed, if at all, in later proceedings.

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction[1] | Court's Construction |
|---|---|---|---|
| | traffic, including continuous surfaces, layered systems, topcoat layers, bulk flooring materials, pre-formed surface materials, mats, tiles, or combinations thereof.[2] | | |
| **"flooring for human and animal traffic"** | A flooring surface or flooring system intended to support repeated movement or loading by humans, animals, or both, including indoor and outdoor flooring and traffic-bearing surfaces. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"liquid binder"** | A flowable binding material capable of being applied, sprayed, poured, spread, or otherwise placed in liquid or semi-liquid form and that cures | Plain and ordinary meaning; no alternative construction proposed. | |

---

[2] The claims do not require the surface composition to be porous, and encompass both porous and non-porous implementations, including use as a surface layer, topcoat, or as part of – or constituting – the entire flooring system, whether applied alone or in combination with underlying materials, and whether cured, partially cured, or fully cured prior to or during placement.

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction[1] | Court's Construction |
|---|---|---|---|
| | to form a solid or semi-solid matrix. | | |
| "polyurethane" | A polymeric material formed from the reaction of polyols and isocyanates, including materials that cure through chemical reaction or exposure to environmental conditions, including single-component and multi-component polyurethanes. | Plain and ordinary meaning; no alternative construction proposed. | |
| "adapted to cure through an exothermic reaction process" | Configured to cure by a chemical reaction that generates heat during curing, without requiring a particular temperature profile, heat magnitude, or curing duration.[3] | Plain and ordinary meaning; no alternative construction proposed. | |
| "exothermic reaction process" | A curing reaction that releases heat as the liquid binder transitions to a cured state. | Plain and ordinary meaning; no alternative construction proposed. | |

[3] Where the claims recite components "comprising" particular materials, the term "comprising" is used in its open-ended sense and does not exclude additional components consistent with the claimed structure and function.

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction[1] | Court's Construction |
|---|---|---|---|
| **"cured liquid binder has an increased viscosity relative to the liquid binder prior to curing"** | The binder transitions from a lower-viscosity liquid state to a higher-viscosity or solid state as curing progresses. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"primer"** | A material or layer applied or present to promote adhesion between components of the surface composition and an underlying surface, whether applied as a separate layer or integrated into another component. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"adapted to adhere to the cured liquid binder"** | Configured to bond or attach to the cured binder under normal use conditions. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"effective amount of an antimicrobial composition"** | An amount sufficient to inhibit, reduce, suppress, or prevent microbial growth during use of the surface, without requiring | Plain and ordinary meaning; no alternative construction proposed. | |

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction[1] | Court's Construction |
|---|---|---|---|
| | complete elimination of microbes or a specific concentration. | | |
| "antimicrobial composition" | A composition that inhibits, reduces, suppresses, or prevents the growth or viability of microorganisms. | Plain and ordinary meaning; no alternative construction proposed. | |
| "adapted to retain antimicrobial activity through the exothermic reaction process" | Configured to maintain antimicrobial functionality despite exposure to heat generated during curing. | Plain and ordinary meaning; no alternative construction proposed. | |
| "surface composition applied to the roadway void and the flooring" | The surface composition placed on, within, over, or forming the flooring or roadway void, whether as a coating, layer, bulk material, or integral flooring structure. | Plain and ordinary meaning; no alternative construction proposed. | |
| "adapted to withstand wear from the traffic" | Capable of maintaining structural integrity and function under repeated loading, abrasion, or | Plain and ordinary meaning; no alternative construction proposed. | |

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction[1] | Court's Construction |
|---|---|---|---|
| | contact from human or animal movement. | | |
| "filler material" | A material combined with the liquid binder to modify physical, mechanical, or surface properties of the cured composition, including particulate or granular materials such as aggregate, rubber particles, asphalt particles, sand, ceramics, glass, marble, rock, gravel, and other mineral or synthetic fillers consistent with the claimed structure and function. | Plain and ordinary meaning; no alternative construction proposed. | |
| "mixed with the liquid binder" | Combined with the binder prior to or during application, without requiring a particular order, ratio, or method of mixing. | Plain and ordinary meaning; no alternative construction proposed. | |

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction[1] | Court's Construction |
|---|---|---|---|
| **"adapted to provide slip resistance"** | Configured to increase friction or reduce slipping during use. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"aggregate material"** | A particulate or granular material used as a filler. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"rubber particles"** | Discrete pieces of rubber material, whether natural or synthetic. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"first component comprising a polyol"** | A binder component containing a polyol prior to curing.[4] | Plain and ordinary meaning; no alternative construction proposed. | |
| **"second component comprising an isocyanate"** | A binder component containing an isocyanate prior to curing. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"isocyanate"** | A compound containing isocyanate functional groups capable of reacting to form polyurethane. | Plain and ordinary meaning; no alternative construction proposed. | |

---

[4] Where the claims recite components "comprising" particular materials, the term "comprising" is used in its open-ended sense and does not exclude additional components consistent with the claimed structure and function.

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction[1] | Court's Construction |
|---|---|---|---|
| "mixing of the first component and the second component" | Combining the polyol-containing component and the isocyanate-containing component. | Plain and ordinary meaning; no alternative construction proposed. | |
| "exposure of the liquid binder to air" | Contact with ambient atmospheric conditions sufficient to initiate or contribute to curing. | Plain and ordinary meaning; no alternative construction proposed. | |
| "additive" | A component added to modify properties of the surface composition. | Plain and ordinary meaning; no alternative construction proposed. | |
| "surfactant" | An additive that modifies surface tension or wetting behavior. | Plain and ordinary meaning; no alternative construction proposed. | |
| "pigment" | An additive that provides color or visual appearance. | Plain and ordinary meaning; no alternative construction proposed. | |
| "edge retention composition" | An additive configured to maintain edge definition or surface integrity at boundaries. | Plain and ordinary meaning; no alternative construction proposed. | |

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction[1] | Court's Construction |
|---|---|---|---|
| "antifungal composition" | An antimicrobial composition effective against fungi. | Plain and ordinary meaning; no alternative construction proposed. | |
| "antiviral composition" | An antimicrobial composition effective against viruses. | Plain and ordinary meaning; no alternative construction proposed. | |
| "antiprotozoal composition" | An antimicrobial composition effective against protozoa. | Plain and ordinary meaning; no alternative construction proposed. | |
| "antibacterial composition" | An antimicrobial composition effective against bacteria. | Plain and ordinary meaning; no alternative construction proposed. | |
| "triclosan" | The antimicrobial compound triclosan. | Plain and ordinary meaning; no alternative construction proposed. | |
| "metal oxide" | An inorganic oxide of a metal used for antimicrobial properties. | Plain and ordinary meaning; no alternative construction proposed. | |

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction[1] | Court's Construction |
|---|---|---|---|
| **"present throughout the surface composition"** | Distributed within the surface composition such that antimicrobial functionality remains available throughout the thickness or functional regions of the surface, including areas exposed by wear, scratches, or cracks. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"scratches or cracks"** | Surface discontinuities formed during use or wear. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"method for forming a safety flooring"** | A series of steps performed to create, manufacture, and install a traffic-bearing flooring surface, including, without limitation, flooring with antimicrobial additives. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"mixing"** | Combining components, without limitation to technique or sequence. | Plain and ordinary meaning; no alternative construction proposed. | |

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction[1] | Court's Construction |
|---|---|---|---|
| "applying" / "applied" | Placing, depositing, positioning, adhering, spreading, pouring, spraying, broadcasting, layering, or otherwise providing the surface composition or its components onto a surface, whether formed in situ, partially cured prior to placement, uncured at placement, or fully cured prior to placement, and regardless of whether done in a single step or multiple steps. | Plain and ordinary meaning; no alternative construction proposed. | |
| "allowing a sufficient amount of time for the liquid binder to cure" | Permitting curing to occur until the surface is suitable for traffic, without requiring a specific duration or curing condition. | Plain and ordinary meaning; no alternative construction proposed. | |
| "spraying the surface of the liquid binder with a catalyst" | Applying a catalyst to the binder surface by spraying, without limiting spray equipment or method. | Plain and ordinary meaning; no alternative construction proposed. | |

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction[1] | Court's Construction |
|---|---|---|---|
| **"absorbs to the liquid binder"** | Becomes attached to or retained by the binder prior to curing. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"surface"** | A boundary, layer, or exposed region of a flooring or flooring system configured to receive traffic, whether planar, textured, contoured, or irregular. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"traffic"** | Movement, loading, abrasion, or contact caused by humans, animals, equipment, or objects during intended use. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"withstand wear"** | Maintain functional integrity, adhesion, and antimicrobial performance under repeated traffic without requiring the absence of visible wear. | Plain and ordinary meaning; no alternative construction proposed. | |

**B.  U.S. Patent No. 10,309,070 ("'070 Patent)**

| Claim Term | Polylast's Proposed Construction[5] | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| **"cured flexible bunker liner"** | A bunker liner that has completed curing to form a finished product exhibiting flexibility sufficient to bend, contour, conform, or adapt to bunker geometry without fracture, cracking, or structural failure. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"preformed flexible bunker liner"** | A bunker liner formed into its final shape prior to placement in the bunker, which may be further adapted or conformed during installation. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"liquid coating composition"** | A flowable composition in liquid form applied to particulate material prior to curing to coat, wet, or condition the particulate material. | Plain and ordinary meaning; no alternative construction proposed. | |

---

[5] The phrase "consisting of" limits the cured flexible bunker liner to the recited components, but does not exclude additional properties, internal features, surface characteristics, textures, geometries, or configurations inherent in or resulting from those components, so long as no additional components are added.

| Claim Term | Polylast's Proposed Construction[5] | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| **"polyol"** | A compound containing multiple hydroxyl (–OH) groups capable of reacting to form polyurethane. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"particulate material comprising rubber particles"** | A particulate material that includes rubber particles, and may additionally include other particulate components, fillers, or materials, provided the particulate material satisfies the structural and functional requirements recited in the claim.[6] | Plain and ordinary meaning; no alternative construction proposed. | |
| **"coated particulate material"** | A particulate material, including rubber particles and any additional particulate components, having the liquid coating composition applied to at least a portion of the particle surfaces. | Plain and ordinary meaning; no alternative construction proposed. | |

---

[6] Where the claims recite particulate material "comprising rubber particles," the term "comprising" is used in its open-ended sense, requiring the presence of rubber particles without excluding additional particulate components consistent with the claimed structure and function.

| Claim Term | Polylast's Proposed Construction[5] | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| "porous structure" | A structure containing interconnected voids or passages formed by the particulate material and binder, permitting fluid flow through the structure. | Plain and ordinary meaning; no alternative construction proposed. | |
| "pore diameter suitable to allow moisture to travel through the bunker liner and prevent particulate matter from traveling through the bunker liner" | A pore size or pore arrangement or structure selected to permit the passage of moisture while resisting or limiting the migration or passage of particulate matter, without requiring a specific numerical pore dimension or excluding incidental passage consistent with the liner's intended function. | Plain and ordinary meaning; no alternative construction proposed. | |
| "flexible structure configured to substantially conform to the contours of the golf course bunker" | A structure capable of bending, adapting, molding, or flexing so as to follow, conform to, or match the contours of the bunker surface, | Plain and ordinary meaning; no alternative construction proposed. | |

| Claim Term | Polylast's Proposed Construction[5] | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| | including irregular, contoured, textured, or non-planar surfaces.[78] | | |
| **"stable structure that retains the shape of the golf course bunker according to the native turf underlying the bunker"** | A structure that, once positioned, maintains the bunker's contours over time as defined by the underlying native turf, while permitting flexibility sufficient to conform during placement. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"liquid binder comprising a moisture curing polyurethane based prepolymer"** | A liquid binder containing a polyurethane-based prepolymer that cures through exposure to moisture to form a polymer network. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"moisture curing"** | Capable of curing through reaction with ambient, environmental, or introduced moisture. | Plain and ordinary meaning; no alternative construction proposed. | |

---

[7] Functional claim language describes capability or configuration, not a requirement of perfect or absolute performance under all conditions.
[8] The term "substantially" is used in its customary engineering sense to allow for reasonable variation consistent with real-world conditions and does not require mathematical precision.

| Claim Term | Polylast's Proposed Construction[5] | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| **"polyurethane based prepolymer"** | A partially reacted polyurethane material containing reactive functional groups capable of further curing or crosslinking to form a polyurethane polymer. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"cured into a preselected molded shape"** | Cured into a shape selected prior to curing, including shapes formed using molds, forms, supports, or other defining structures. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"preselected molded shape"** | A shape selected before curing, without limitation to the method by which the shape is created. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"stabilizing ridges"** | Raised, recessed, textured, or contoured structural features formed in the bunker liner, including irregular, non-planar, textured, contoured, or discontinuous geometry, configured to resist movement, | Plain and ordinary meaning; no alternative construction proposed. | |

| Claim Term | Polylast's Proposed Construction[5] | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| | enhance stability, or promote drainage or flow-through. | | |
| "turned-down edge" | A peripheral region of the bunker liner that extends downward or transitions in a downward direction, including through contoured, textured, irregular, tapered, angled, curved, or non-planar geometry, whether continuous or discontinuous. | Plain and ordinary meaning; no alternative construction proposed. | |
| "overlays the native turf" / "application over native turf" | Positioned on top of, in contact with, or covering the native turf. | Plain and ordinary meaning; no alternative construction proposed. | |
| "not affixed to the native turf" / "not affixed" | Installed without permanent fastening, bonding, or mechanical attachment to the native turf. | Plain and ordinary meaning; no alternative construction proposed. | |
| "thickness of at least approximately ⅜ inches" | A thickness equal to or greater than about ⅜ inches, allowing for ordinary manufacturing tolerances. | Plain and ordinary meaning; no alternative construction proposed. | |

18

| Claim Term | Polylast's Proposed Construction[5] | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| "between approximately ⅜ and approximately ½ inches" | A thickness within that range, allowing for ordinary manufacturing tolerances. | Plain and ordinary meaning; no alternative construction proposed. | |
| "antimicrobial composition" | A composition that inhibits, reduces, or suppresses microbial growth. | Plain and ordinary meaning; no alternative construction proposed. | |
| "mixed with the liquid binder and the particulate material prior to curing" | Combined with the liquid binder and particulate material before curing occurs. | Plain and ordinary meaning; no alternative construction proposed. | |
| "method of making" | A sequence of steps performed to produce the claimed bunker liner. | Plain and ordinary meaning; no alternative construction proposed. | |
| "pouring the mixture … into a mold" | Introducing the mixture into a mold, form, or shaping structure, without limiting the manner of introduction.[9] | Plain and ordinary meaning; no alternative construction proposed. | |

---

[9] Claim language reciting pouring into a mold or curing in a mold does not limit the manner of introduction, orientation, or tooling used, absent express language to the contrary.

| Claim Term | Polylast's Proposed Construction[5] | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| **"allowing the mixture … to cure"** | Permitting curing to occur, without requiring a specific duration, environment, or curing mechanism. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"positioning the cured flexible bunker liner"** | Placing, arranging, or laying the cured liner into the bunker in a desired location, orientation, or manner. | Plain and ordinary meaning; no alternative construction proposed. | |
| **"mold"** | A structure, form, mold, or shaping tool or mechanism used to define the shape or surface features of the bunker liner during curing. | Plain and ordinary meaning; no alternative construction proposed. | |

Dated: December 22, 2025

Respectfully submitted,

LEMICK LAW, LTD.
2460 Dundee Rd., Suite 474
Northbrook, IL 60065
847/409-3988
tlemick@lemicklaw.com

By: \_\_/s/ Taylor Lemick_____
Taylor Lemick
State Bar No. 6327224
With local counsel:
Gossett, Harrison, Millican & Stipanovic, P.C.
Paul D. Stipanovic
State Bar No. 00795669

COUNSEL FOR PLAINTIFF, POLYLAST
SYSTEMS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December 2025, a true and correct copy of the foregoing was filed with the Court via its CM/ECF System, which will send notification of such filing to all counsel of record who have appeared in this action.

\s\  Taylor Lemick
Taylor Lemick

21