UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| POLYLAST SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LOUIE HAYWARD, et al., <br><br> Defendants. | No. 6:25-CV-040-H |

# ORDER

Before the Court are Polylast Systems, LLC's motion for leave to amend (Dkt. No. 70) and the defendants' third motion to dismiss (Dkt. No. 63).[1] For the reasons stated in the Court's sealed memorandum opinion and order (Dkt. No. 91),[2] the Court makes the following determinations:

Polylast's motion for leave to amend (Dkt. No. 70) is denied. Polylast lacks good cause for its delay because amendment would be futile and because Polylast has failed to explain its months-long delay in seeking to join King Coast, Inc. Furthermore, joinder is not mandatory under Federal Rule of Civil Procedure 19.

The defendants' third motion to dismiss (Dkt. No. 63) is granted in part. Polylast lacks the exclusionary rights necessary for constitutional and statutory standing to sue for the defendants' alleged infringement of King Coast's patents. *See Morrow v. Microsoft Corp.*, 499 F.3d 1332, 1339–41 (Fed. Cir. 2007). The Court defers its ruling on the remainder of the defendants' motion to dismiss until a later date.

---

[1] In light of the third motion to dismiss, the Court denies the defendants' second motion to dismiss (Dkt. No. 47) as moot.

[2] The Court filed the memorandum opinion and order under seal to preserve the confidential language of Polylast's intellectual property agreement. *See* Dkt. No. 87 (granting motion to seal).

– 2 –

Accordingly, all scheduling deadlines relating to the patent issues in this case are vacated. *See* Dkt. No. 45 ¶¶ 12–13. Because the Court vacates these deadlines, good cause would exist to modify the remaining scheduling deadlines should the parties move to modify the scheduling order. *See id.* ¶ 21.

So ordered on January 9, 2026.

                                                                _____
                                                                 JAMES WESLEY HENDRIX
                                                                 UNITED STATES DISTRICT JUDGE